1  Drew R. Hansen, Esq. (State Bar No. 218382)
   dhansen@tocounsel.com
2  THEODORA ORINGHER MILLER & RICHMAN PC
   535 Anton Boulevard, Ninth Floor
3  Costa Mesa, California 92626-7109
   Telephone: (714) 549-6200
4  Facsimile: (714) 549-6201

5  Attorneys for Defendants,
   C.R. ENGLAND, INC., HORIZON TRUCK
6  SALES AND LEASING, and EAGLE ATLANTIC
7  FINANCIAL SERVICES, INC.

8
9              UNITED STATES DISTRICT COURT
10
11             CENTRAL DISTRICT OF CALIFORNIA

| WALTER MOUNCE, as an individual and on behalf of all others similarly situated, | CASE NO. CV 10-05727-SVW (Ex) |
|---|---|
| Plaintiff, | [Assigned to the Hon. Stephen V. Wilson, Courtroom 6] |
| v. | [PROPOSED] ORDER FOR ENTRY OF STIPULATED PROTECTIVE ORDER |
| C.R. ENGLAND, INC., a Utah corporation; HORIZON TRUCK SALES AND LEASING, a Utah corporation; EAGLE ATLANTIC FINANCIAL SERVICES, INC., a Utah corporation; and DOES 1 through 30; inclusive, | Complaint Filed: June 18, 2010<br>Trial date: none set |
| Defendants. | |

Case 2:10-cv-05727-SVW-E   Document 27   Filed 12/06/10   Page 2 of 2   Page ID #:380
Case 2:10-cv-05727-SVW -E   Document 26-1   Filed 12/06/10   Page 2 of 2   Page ID #:378

1   Having reviewed and considered the parties' Stipulation For Entry Of
2   Protective Order ("Stipulation"), the Court finds that the terms of the Stipulation
3   are acceptable and hereby approves the agreed upon protective order.
4   IT IS SO ORDERED.

5   DATED: 12/6/10

6   HON. ~~STEPHEN V. WILSON~~
7   ~~UNITED STATES DISTRICT JUDGE~~
    Charles F. Eick
8   United States Magistrate Judge

---

2

[PROPOSED] ORDER FOR ENTRY OF PROTECTIVE ORDER